UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROY ESCOBAR,

                Petitioner,

-against-

PEOPLE OF THE STATE OF NEW YORK,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV-2697 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ MAY 2 2007 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Nina Gershon, United States District Judge, having been filed on May 1, 2007, dismissing the petition for a writ of habeas corpus as untimely; and denying a Certificate of Appealability; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is dismissed as untimely; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
       May 02, 2007

ROBERT C. HEINEMANN
Clerk of Court